UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 14, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDY LEE THOMPSON,

Defendant.

Case No. 2:14-cr-00036-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RANDY LEE THOMPSON__,

Case No. __2:14-cr-00036-TLN__ from custody for the following reasons:

    _____   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $ __25,000__

    __X__   Unsecured Appearance Bond $ __25,000, cosigned by wife__

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): __Pretrial services conditions__

Issued at Sacramento, California on February 14, 2014 at 2:25 PM

By: _____

Magistrate Judge Carolyn K. Delaney