WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY LEE THOMPSON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:14-CR-0036-TLN <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  March 27, 2014 <br> Time:  9:30 a.m. <br> Dept:  The Hon. Troy L. Nunley |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for March 27, 2014 at 9:30 a.m. be continued until May 22, 2014 at 9:30 a.m.

///

///

///

///

///

1

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between March 27, 2014 and May 22, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  March 25, 2014                    /s/ William J. Portanova

WILLIAM J. PORTANOVA
Attorney for Randy Lee Thompson

DATED:  March 25, 2014                    /s/ Matthew G. Morris

MATTHEW G. MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: March 27, 2014

Troy L. Nunley
United States District Judge

2