WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0036-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING  STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| RANDY LEE THOMPSON, | ) | |
| | ) | Date:   May 22, 2014 |
| Defendant. | ) | Time:   9:30 a.m. |
| _____ | ) | Dept:   The Hon. Troy L. Nunley |

        With the Court's permission, it is hereby stipulated between the parties, William J.

Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States

Attorney, attorney for the plaintiff, that the status conference scheduled for May 22, 2014 at

9:30 a.m. be continued until June 26, 2014 at 9:30 a.m.

///

///

///

///

///

1

1    Defense counsel has recently received highly technical engineering discovery and

2  requires additional time to review these materials prior to discussing the case with the

3  government.

4    In addition, the parties stipulate that the time between May 22, 2014 and June 26,

5  2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local

6  code T4 to give counsel time to prepare.

7    The parties stipulate that the ends of justice to be served by granting this defense

8  request for a continuance outweigh the best interests of the public and the defendant in a

9  speedy trial.

10

11 **IT IS SO STIPULATED.**

12

13 DATED:  May 20, 2014                    /s/ William J. Portanova

14                                          _____

                                            WILLIAM J. PORTANOVA
15                                          Attorney for Randy Lee Thompson

16

17 DATED:  May 20, 2014                    /s/ Matthew G. Morris

18                                          _____

                                            MATTHEW G. MORRIS
19                                          Assistant United States Attorney

20 **IT IS SO ORDERED.**

21

22 Dated: May 20, 2014

23

24                                          _____

                                            Troy L. Nunley
25                                          United States District Judge

26

27

28

2