WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>      v.                                              **)**<br>                                                          **)**<br>RANDY LEE THOMPSON,             )<br>                                                          )<br>            Defendant.                       )<br>_____) | Case No. 2:14-CR-0036-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   June 26, 2014<br>Time:  9:30 a.m.<br>Dept:   The Hon. Troy L. Nunley |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for June 26, 2014 at 9:30 a.m. be continued until July 31, 2014 at 9:30 a.m.

///

///

///

///

///

1

///

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between June 26, 2014 and July 31, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  June 23, 2014                      /s/ William J. Portanova
                                           _____
                                           WILLIAM J. PORTANOVA
                                           Attorney for Randy Lee Thompson


DATED:  June 23, 2014                      /s/ Matthew G. Morris
                                           _____
                                           MATTHEW G. MORRIS
                                           Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 23, 2014

                                           _____
                                           Troy L. Nunley
                                           United States District Judge

2