WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-00036-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO MODIFY SPECIAL** |
| v. ) | **CONDITIONS OF PRE-TRIAL** |
| ) | **RELEASE** |
| RANDY LEE THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that paragraph four of the defendant's special conditions of pre-trial release be modified to read "Your travel is restricted to the contiguous United

\\\
\\\
\\\
\\\
\\\

1

States unless otherwise approved in advance by the pre-trial services officer."

**IT IS SO STIPULATED.**

DATED:  October 6, 2014                             /s/ William J. Portanova
                                                                        _____
                                                                        WILLIAM J. PORTANOVA
                                                                        Attorney for Randy Lee Thompson

DATED:  October 6, 2014                             /s/ Matthew G. Morris
                                                                        _____
                                                                        MATTHEW G. MORRIS
                                                                        Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  October 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2