WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>RANDY LEE THOMPSON, )<br>)<br>       Defendant. )<br>_____ ) | Case No. 2:14-CR-0036-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  October 30, 2014<br>Time:  9:30 a.m.<br>Dept:  The Hon. Troy L. Nunley |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for October 30, 2014 at 9:30 a.m. be continued until December 11, 2014 at 9:30 a.m.

///

///

///

///

///

1

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between October 30, 2014 and December 11, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: October 28, 2014                    /s/ William J. Portanova

　　　　　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　　　　　Attorney for Randy Lee Thompson

DATED: October 28, 2014                    /s/ Matthew G. Morris

　　　　　　　　　　　　　　　　　　　　　MATTHEW G. MORRIS
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: October 29, 2014

Troy L. Nunley
United States District Judge

2