WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0036-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) |  |
| RANDY LEE THOMPSON, | ) ) |  |
| Defendant. | ) ) ) | Date: March 5, 2015<br>Time: 9:30 a.m.<br>Dept: The Hon. Troy L. Nunley |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for January 29, 2015 at 9:30 a.m. be continued until March 5, 2015 at 9:30 a.m.

///

///

///

///

///

1

///

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between January 29, 2015 and March 5, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: January 27, 2015                                /s/ William J. Portanova
                                                       _____
                                                       WILLIAM J. PORTANOVA
                                                       Attorney for Randy Lee Thompson


DATED: January 27, 2015                                /s/ Matthew G. Morris
                                                       _____
                                                       MATTHEW G. MORRIS
                                                       Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 27, 2015
                                                       _____
                                                       Troy L. Nunley
                                                       United States District Judge