WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0036-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | **)** | |
| RANDY LEE THOMPSON, | **)** ) | |
| Defendant. | ) ) ) | Date:  March 5, 2015<br>Time:  9:30 a.m.<br>Dept:  The Hon. Troy L. Nunley |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for March 5, 2015 at 9:30 a.m. be continued until April 16, 2015 at 9:30 a.m.

///

///

///

///

///

1

1  Defense counsel has recently received highly technical engineering discovery and
2  requires additional time to review these materials prior to discussing the case with the
3  government.
4  In addition, the parties stipulate that the time between March 5, 2015 and April 16,
5  2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local
6  code T4 to give counsel time to prepare.
7  The parties stipulate that the ends of justice to be served by granting this defense
8  request for a continuance outweigh the best interests of the public and the defendant in a
9  speedy trial.

**IT IS SO STIPULATED.**

DATED:  March 03, 2015            /s/ William J. Portanova
                                  _____
                                  WILLIAM J. PORTANOVA
                                  Attorney for Randy Lee Thompson

DATED:  March 03, 2015            /s/ Matthew G. Morris
                                  _____
                                  MATTHEW G. MORRIS
                                  Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  March 4, 2015

                                  _____
                                  Troy L. Nunley
                                  United States District Judge