WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>             Plaintiff,                              )<br>                                                                )<br>      v.                                                     )<br>                                                                )<br>RANDY LEE THOMPSON,            )<br>                                                                )<br>             Defendant.                           )<br>_____) | Case No. 2:14-CR-0036-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  July 30, 2015<br>Time:  9:30 a.m.<br>Dept:  The Hon. Troy L. Nunley |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for July 30, 2015 at 9:30 a.m. be continued until September 10, 2015 at 9:30 a.m.

///

///

///

///

///

1

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between July 30, 2015 and September 10, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  July 28, 2015                              /s/ William J. Portanova
                                                   _____
                                                   WILLIAM J. PORTANOVA
                                                   Attorney for Randy Lee Thompson

DATED:  July 28, 2015                              /s/ Matthew G. Morris
                                                   _____
                                                   MATTHEW G. MORRIS
                                                   Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  July 29, 2015
                                                   _____
                                                   Troy L. Nunley
                                                   United States District Judge

2