WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0036-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS** |
| v. | **)** | **CONFERENCE AND EXCLUDING** |
| | **)** | **TIME** |
| RANDY LEE THOMPSON, | ) | |
| | ) | Date:   September 10, 2015 |
| Defendant. | ) | Time:   9:30 a.m. |
| _____ | ) | Dept:   The Hon. Troy L. Nunley |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for September 10, 2015 at 9:30 a.m. be continued until October 15, 2015 at 9:30 a.m.

///

///

///

///

///

///

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
14-CR-0036 TLN

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between September 10, 2015 and October 15, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  September 8, 2015              /s/ William J. Portanova

                                       WILLIAM J. PORTANOVA
                                       Attorney for Randy Lee Thompson

DATED:  September 8, 2015              /s/ Matthew G. Morris

                                       MATTHEW G. MORRIS
                                       Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  September 9, 2015

                                       Troy L. Nunley
                                       United States District Judge