WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY LEE THOMPSON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:14-CR-0036-TLN <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  October 15, 2015 <br> Time:  9:30 a.m. <br> Dept:  The Hon. Troy L. Nunley |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for October 15, 2015 at 9:30 a.m. be continued until November 5, 2015 at 9:30 a.m.

///

///

///

///

///

///

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
2:14-CR-0036 TLN

Defense counsel has recently received highly technical engineering discovery and requires additional time to review these materials prior to discussing the case with the government.

In addition, the parties stipulate that the time between October 15, 2015 and November 5, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  October 13, 2015         /s/ William J. Portanova

                                 WILLIAM J. PORTANOVA
                                 Attorney for Randy Lee Thompson

DATED:  October 13, 2015         /s/ Matthew G. Morris

                                 MATTHEW G. MORRIS
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  October 13, 2015

                                 Troy L. Nunley
                                 United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
2:14-CR-0036 TLN