WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Randy Lee Thompson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0036-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| RANDY LEE THOMPSON, | ) ) | Date: November 5, 2015 |
| Defendant. | ) ) | Time: 9:30 a.m. |
| | ) | Dept: The Hon. Troy L. Nunley |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for November 5, 2015 at 9:30 a.m. be continued until December 17, 2015 at 9:30 a.m.

///

///

///

///

///

1

The Government is recommending pretrial diversion for defendant Randy Lee Thompson.  The Government has requested that Pretrial Services conduct an investigation to determine whether or not the defendant would be acceptable for pretrial diversion. Accordingly, the parties request a brief continuance to allow Pretrial Services to conduct its investigation.

In addition, the parties stipulate that the time between November 5, 2015 and December 17, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  November 3, 2015                    /s/ William J. Portanova
                                            _____
                                            WILLIAM J. PORTANOVA
                                            Attorney for Randy Lee Thompson

DATED:  November 3, 2015                    /s/ Matthew G. Morris
                                            _____
                                            MATTHEW G. MORRIS
                                            Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  November 3, 2015

                                            _____
                                            Troy L. Nunley
                                            United States District Judge